UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2005 MAY 18  A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>         v.<br><br>FOUR JARS OF BELUGA<br>STURGEON CAVIAR,<br>            Defendants. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No.<br>05 11040 MLW |

## MOTION TO IMPOUND

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to seal, pursuant to Local Rule 7.2, this Motion to Impound and the following documents filed herewith except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation:

1. Verified Complaint for Forfeiture In Rem, including attached affidavit;

2. Warrant and Monition;

3. Motion for Ex Parte Finding and Endorsement of Memoranda of Lis Pendens; and

4. three proposed Lis Pendens;

The United States requests that any such Order not preclude disclosure of such documents by employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, any law enforcement officers involved in the investigation, or the United States Marshal for the District of

Massachusetts or his officers and agents, as necessary to:

1. comply with Orders of this Court;
2. record any endorsed <u>lis</u> <u>pendens</u> with the appropriate registry of deeds; or
3. serve any endorsed <u>lis</u> <u>pendens</u> on Tina Le or her associates.

As required by Local Rule 7.2, this Motion is supported by good cause, as detailed in the Verified Complaint for Forfeiture <u>in Rem</u> and accompanying affidavit of Wildlife Inspector Jennifer Irving of the United States Fish and Wildlife Service, Office of Law Enforcement, because disclosure of these documents could lead to efforts to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the defendant property. The requested impoundment is intended only to preserve the <u>status</u> <u>quo</u> until the Complaint and Warrant and Monition are served upon Stephanie Bakay. The United States therefore requests that the documents be placed under seal for a brief period of time, until the United States can obtain the Court endorsed Warrant and Monition and serve it upon Stephanie Bakay.

WHEREFORE, the United States respectfully requests that this Court impound this Motion and the items listed herein until further Order of the Court.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                      By:   _____
                                      Jennifer H. Zacks
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA  02210
                                      (617) 748-3100

Dated: May 18, 2005


APPROVED AND SO ORDERED:


_____
United States District Judge
Date: _____, 2004