UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>FOUR JARS OF BELUGA<br>STURGEON CAVIAR,<br>        Defendant. | )<br>)<br>)<br>) Civil Action No. 05-11040-MLW<br>)<br>)<br>)<br>)<br>) |

**MOTION TO UNIMPOUND**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to unimpound the following documents filed on May 18, 2005:

1. Verified Complaint for Forfeiture In Rem, including attached affidavit; and

2. Warrant and Monition.

The United States hereby requests that this Court unimpound all of the documents which have been filed in this civil forfeiture action so that they may be promptly served upon any and all interested parties and their attorneys, along with any other individuals and/or financial institutions having or believed to have an interest in the Defendant Property which is subject to forfeiture.

WHEREFORE, the United States respectfully requests that this Court unimpound all of the documents listed above, which have been filed in this civil forfeiture matter.

                                                    Respectfully submitted,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

By: _____
     Jennifer H. Zacks
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3100

Dated: June 3, 2005


APPROVED AND SO ORDERED:


_____
MARK L. WOLF
UNITED STATES DISTRICT JUDGE
Dated:_____