**UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>                           )<br>    v.                       )<br>                           )<br>FOUR JARS OF BELUGA        )<br>STURGEON CAVIAR,           )<br>        Defendant.      ) | Civil Action No. 05-11040-MLW |

**UNITED STATES' CONSENT TO THE REASSIGNMENT
OF THIS CASE TO A MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. §636(c)(1) and (3), the United States hereby consents to the re-assignment of this case to a Magistrate Judge.[1]

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Date: July 1, 2005

---

[1] The United States has moved to unimpound this case on June 3, 2005, but the Court has not yet acted on that Motion.