UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOUR JARS OF BELUGA<br>STURGEON CAVIAR,<br>　　　　　Defendants. | ) **FILED EX PARTE AND UNDER SEAL**<br>)<br>)<br>) Civil Action No. 05-11040-MLW<br>)<br>)<br>)<br>)<br>) |

**AMENDED MOTION TO IMPOUND**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to seal, pursuant to Local Rule 7.2, this Amended Motion to Impound and the following documents filed herewith except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation:

1. Verified Complaint for Forfeiture <u>In Rem</u>, including attached affidavit; and

2. Warrant and Monition;

The United States requests that any such Order not preclude disclosure of such documents by employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, any law enforcement officers involved in the investigation, or the United States Marshal for the District of Massachusetts or his officers and agents, as necessary to comply with Orders of this Court.

*[Handwritten annotations in margin: "6/20/05 G.A.J. to be Ingeeup."]*

*[Handwritten at bottom: "ALLOWED and So Ordered. The government shall promptly inform the court when Ms Baley(?) is served so the documents may be..."]*

As required by Local Rule 7.2, this Amended Motion is supported by good cause, as detailed in the Verified Complaint for Forfeiture <u>in</u> <u>Rem</u> and accompanying affidavit of Wildlife Inspector Jennifer Irving of the United States Fish and Wildlife Service, Office of Law Enforcement, because disclosure of these documents could lead to efforts to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the defendant property. The requested impoundment is intended only to preserve the <u>status</u> <u>quo</u> until the Complaint and Warrant and Monition are served upon Stephanie Bakay. The United States therefore requests that the documents be placed under seal for a brief period of time, until the United States can obtain the Court endorsed Warrant and Monition and serve it upon Stephanie Bakay.

WHEREFORE, the United States respectfully requests that this Court impound this Amended Motion and the items listed herein until further Order of the Court.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: *[signature]*
>Jennifer H. Zacks
>Assistant U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA  02210
>(617) 748-3100

Dated: May 24, 2005

APPROVED AND SO ORDERED:

*[signature]*
United States District Judge
Date: June 20, 2005