UNSEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| FOUR JARS OF BELUGA STURGEON CAVIAR, | ) | |
| Defendant. | ) | 05 11040 MLW |

### WARRANT AND MONITION

To: The Secretary of the Department of the Interior, United States Fish and Wildlife Service for the District of Massachusetts, or his Deputies

We Command that you give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property, described as Four Jars of Beluga Sturgeon Caviar, seized by the United States Fish and Wildlife Service on November 15, 2004 from Stephanie Bakay at Logan Airport, Boston, Massachusetts, more particularly described in the Complaint for the forfeiture pursuant to Title 16, United States Code, Section 1540(e)(4)(A) of the Defendant Property to the United States of America.

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

    (1) Publishing notice of the United States' intent to forfeit the Defendant Property at least once for three (3) successive weeks in the Boston Herald or any other newspaper having a general circulation in this District; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Stephanie Bakay
790 Boylston Street #8D
Boston, MA 02199

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Property, or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE

9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 50 C.F.R. $12.24. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES FISH AND WILDLIFE SERVICE, OFFICE OF LAW ENFORCEMENT, 70 EVERETT AVENUE, SUITE 315, CHELSEA, MASSACHUSETTS 02150.

Sarah A. Thornton, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: 7-22-05, 2005

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: _____, 2005

JUL 2 2 2005

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210