UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff  )<br>)<br>v.  )<br>)<br>FOUR JARS OF BELUGA STURGEON  )<br>CAVIAR,  )<br>Defendant.  ) | Civil Action No. 05 11040 MLW |

## CLAIM

The specific property being claimed is as follows: four jars of beluga sturgeon caviar consisting of 113 grams of caviar per jar which I purchased from Beluga Deluxe in St. Petersburg, Russia, in November 2004.

Signed under the pains and penalties of perjury this 23rd day of August, 2005:

*Stephanie Bakay*
Stephanie Bakay

COMMONWEALTH OF MASSACHUSETTS

Suffolk County, ss.

On this 23rd day of August, 2005, before me, the undersigned notary public, personally appeared Stephanie Bakay, proved to me through satisfactory evidence of identification, being (check whichever applies):
☐ driver's license or other state or federal governmental document bearing a photographic image, ☐ oath or affirmation of a credible witness known to me who knows the above signatory, or ☒ my own personal knowledge of the identity of the signatory, to be the person whose name is signed above, and acknowledged the foregoing to be signed by her voluntarily for its stated purpose.

_____
Notary Public
My commission expires: _____
Print Notary Public's Name: Rosemary Kearney
Qualified in the Commonwealth of Massachusetts

ROSEMARY CLAIRE KEARNEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 16, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2005, she caused a true copy of the foregoing Claim, to be served by U.S. mail, postage prepaid, to:

United States Attorney's Office
Asset Forfeiture Unit
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: August 23, 2005

*Stephanie Bakay*
Stephanie Bakay
790 Boylston Street #8D
Boston, MA 02199
(617) 262-7156