# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
    Plaintiff,

V.                        CIVIL ACTION NO. 2005-11040-RBC

FOUR JARS OF BELUGA STURGEON
    CAVIAR,
    Defendant,

STEPHANIE BAKAY,
    Claimant.

## ORDER

COLLINGS, U.S.M.J.

    Pursuant to L.R. 16.1(B)(3), the claimant, Stephanie Bakay, is directed to notify the Court in writing, **on or before the close of business on Friday, September 30, 2005,** whether or not she consents to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: September 15, 2005.