**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RE̶T̶ ̶̶N̶**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 05-11040-MI |
|---|---|
| DEFENDANT<br>Four Jars of Beluga Sturgeon Caviar | TYPE OF PROCESS  Com̶ ̶nt and<br>Warrant & Monitio̶ |

| SERVE ▶ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br><br>Publication<br><br>ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)* |
|---|---|

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Jennifer H. Zacks, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of process to be<br>served with this Form - 285 |
| | Number of parties to be served<br>in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Add̶es.* Telephone
Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of Libel at least once for three (3) consecutive weeks in the <u>Boston Herald</u> or any other  ̶spaper of
general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & M̶  on.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>July 25, |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only first USM 285 if more than<br>one USM 285 is submitted)* | Total Process<br>No.  1 | District of Origin<br>No. MA | District to Serve<br>No. MA | Signature of Authorized USMS Deputy or Clerk | L<br>9 | ⌀S |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process  ̶ibed on the
individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below

☐ I hereby certify and  return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below).*

| Name and title of individual served *(If not shown above).* | ☐ A person of suitable age and disc̶ ̶then<br>residing in the defendant's usual  ̶f abode. |
|---|---|
| Address *(complete only if different than shown above).* | Date of Service   Time   a̶ n<br>pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | \m̶ r Refund |
|---|---|---|---|---|---|---|

REMARKS: The notice of Libel was published in the Boston Globe which has a general circulation in
District of Massachusetts, for the first two weeks, beluga was misspelled as beluja (on 8/3/05 and 8/
none of b̶bel was published correctly for three consecutive weeks after that on 8/10/05, 8/17/0̶
No certified copy of the incorrect publishing on 8/10/05 received from the Boston Globe. (See Attach̶h

| PRIOR EDITIONS MAY<br>BE USED | **1. CLERK OF THE COURT** | **FORM USM 28̶** | v. 12/15/80) |
|---|---|---|---|

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT    RECEIPT

Ad Number      7SCT0340
Client:
ID:            05-11040-mlw        rt
Classification: LEGAL NOTICES
Size:          2x40
Begin Date:    08/02/2005
End Date:      08/02/2005


/US DEPT OF THE INTERIOR/
300 WESTGATE CENTER
HADLEY, MA   01035

*For inquiries regarding billing, please call:* **617-929-2681**. *To place an ad:* **617-929-1500**

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 08/02/2005 and
ending 08/02/2005, appearing 1 time(s) in the Classification,
LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
08/02/05 12:34 PM



# THE BOSTON GLOBE

## MARKET

TUESDAY, AUGUST 9, 2005

**AUTOMOTIVE**

**NISSAN**

**HOTEL / RESTAURANTS**

GARITAS

---

**AUTOMOTIVE**

AUTO TECHNICIAN

MECHANIC

SERVICE TECHNICIAN

Automotive Technicians

AUDI OF NASHUA

**New listings every day!**

---

**AUTOMOTIVE**

**LEGAL NOTICES**

THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF...

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Case No. 05-11040-RCB

United States of America, District of Massachusetts, Boston, Massachusetts, July 22, 2005.

Four Jars of Beluga Sturgeon Caviar the "Defendant Property..."

NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

Mortgage Electronic Registration Systems, Inc.

Dated: July 28, 2005

NOTICE OF SALE

STORAGE USA, INC. SELF STORAGE

NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

---

**FITNESS**

**FOR SALE**

HANDCRAFTED Cello & Violins

PIANO, 42" Kimball...

**OFFICE FURNITURE**

PRE OWNED TRUCK LOADS

**FURNITURE ETC**

**AUCTIONS**

**PHOTOGRAPHS & CAMERAS**

**SERVICES & REPAIRS**

M.L. & SONS FLOOR SANDING

CHINESE MASSAGE

WATER-SEWER-SEPTIC

---

**BUSINESS OPPORTUNITIES & FRANCHISING**

WOBURN BUS or Res OWNED

ABSOLUTE COLONIE!

DOLLAR STORE

PASSION FOR HEALTH!

---

**PUPPIES / DOGS**

COCKAPOO PUPPIES

COTTON DE TULEAR

ENGLISH SPRINGER

FIELD SPANIEL Pups

GERMAN SHEPHERDS

GIANT BREEDS

GOLDEN Retriever pups

JACK RUSSELL Terrier

JAPANESE CHIN

LAB PUPS

LAB RETRIEVER Pups

TANNING SALON

The Boston Globe CLASSIFIED
To advertise, call 617-929-1500

Ad Number     88CT0530
Client:
ID:              05-11040-mlw        rt
Classification:  LEGAL NOTICES
Size:            2x40
Begin Date:      08/10/2005
End Date:        08/10/2005


/US DEPT OF THE INTERIOR/
300 WESTGATE CENTER
HADLEY, MA   01035

*For inquiries regarding billing, please call:* **617-929-2681**. *To place an ad:* **617-929-1500**

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 08/10/2005 and
ending 08/10/2005, appearing 1 time(s) in the Classification,
LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
08/10/05 10:23 AM



Ad Number    8ACT0150
Client:
ID:          05-11040-mlw
Classification:  LEGAL NOTICES
Size:        2x40
Begin Date:  08/17/2005
End Date:    08/17/2005


US DEPT OF THE INTERIOR
300 WESTGATE CENTER
HADLEY, MA   01035

*For inquiries regarding billing, please call:* **617-929-2681**. *To place an ad:* **617-929-1500**

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 08/17/2005 and
ending 08/17/2005, appearing 1 time(s) in the Classification,
LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
08/17/05 10:19 AM



Ad Number    8HCT0130
Client:
ID:          05-11040-mlw        rt
Classification:  LEGAL NOTICES
Size:        2x40
Begin Date:  08/24/2005
End Date:    08/24/2005


/US DEPT OF THE INTERIOR/
300 WESTGATE CENTER
HADLEY, MA  01035

*For inquiries regarding billing, please call:* **617-929-2681**. *To place an ad:* **617-929-1500**

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 08/24/2005 and
ending 08/24/2005, appearing 1 time(s) in the Classification,
LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
08/24/05 9:35 AM



# TO **GLOBE NEWSPAPER CO.,** DR.

*For Advertising in the BOSTON GLOBE*

**US DEPT. OF THE INTERIOR**
**300 Westgate Center**
**Hadley, MA 01035**

**LEGAL NOTICE**
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Case No. 05-11040-MLW

United States of America, District of Massachusetts at Boston, Massachusetts, July 22, 2005

Notice is hereby given a libel has been filed in the United States District Court against the following property...

**I,** *Catherine Sheedy* hereby certify that I a̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶tive of the Globe Newspaper Co., publishers of the Boston Glob̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶serted in said newspaper three times Wednesday, August 1̶̶̶̶̶̶̶̶̶̶̶̶̶iy, August 24th, 2005 and that it is charged at the usual rates.

*Catherine Sheedy*

Boston, Mass, August 24th, 2005

Personally appeared before me and made oath that the above statement subscribed to by her is true...........

*Suffolk ss.*

*aan C Wright*

Notary Public
My Commission Expires
03-08-2007