Stephanie Bakay
790 Boylston Street #8D
Boston, MA  02199

September 21, 2005

Civil Clerk
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, MA  02210-3008

Re:   United States v. Four Jars of Beluga Sturgeon Caviar
      Civil Action No. 05-11040-RBC

Dear Sir/Madam:

    In response to the Order dated September 15, 2005, I consent to the reassignment of the above-captioned matter to United States Magistrate Judge Robert B. Collings.

    Sincerely,

    On behalf of the Four Jars of Beluga
    Sturgeon Caviar

    *Stephanie Bakay*

    Stephanie Bakay