# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
      Plaintiff,

      V.                         CIVIL ACTION NO. 2005-11040-RBC

FOUR JARS OF BELUGA
      STURGEON CAVIAR,
      Defendant.

STEPHANIE BAKAY,
      Claimant.

# *SCHEDULING*
# *ORDER - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Wednesday, November 2, 2005;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(2)    All other discovery shall be filed and/or served *on or before the*

*close of business on Friday, January 13, 2006* and *COMPLETED on or before*

*the close of business on Tuesday, February 21, 2006.*

(3)    Counsel shall report for a further scheduling conference on *Tuesday,*

*March 14, 2006 at 11:15 A.M.* at Courtroom #23 (7th floor), John Joseph

Moakley United States Courthouse, Boston, Massachusetts.  At said conference,

the Court should hear counsel as to (a) the status of discovery,   (b) any

dispositive motions which are contemplated, and if any are, a schedule for the

filing of pleadings relative to the motions, and (c) whether it would be more

efficient to dispense with dispositive motions and schedule an immediate non-

jury trial.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

October 18, 2005.