```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
     v.                          )Civil Action No. 05-11040-RBC
                                 )
                                 )
FOUR JARS OF BELUGA              )
STURGEON CAVIAR,                 )
          Defendant.             )
                                 )
STEPHANIE BAKAY,                 )
          Claimant.              )
```

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Stephanie Bakay submit this Joint Statement pursuant to Local Rule 16.1.

1. The parties have conferred pursuant to the Local Rules and confirm their obligation to limit discovery as set forth in Fed.R.Civ.P. 26(b).

2. The parties propose the following schedule for discovery events and the filing of pre-trial motions:

    a.    discovery, including interrogatories and document requests to be completed by January 20, 2006;

    b.    any necessary depositions to be completed by February 20, 2006;

    c.    dispositive motions to be filed on or before March 20, 2006; and

10/18/05

N. Russo

       d.    opposition to dispositive motions to be filed on or before April 6, 2006.

3. The parties request that the Court then schedule a hearing on dispositive motions, or act upon the motions without hearing if the Court decides no hearing is necessary. If the case is not disposed of by motion, the parties will confer and then seek an additional Scheduling Conference with respect to further conduct of the case.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | STEPHANIE BAKAY, |
| by: /s/ Jennifer H. Zacks<br>Jennifer H. Zacks<br>Assistant U.S. Attorney<br>John J. Moakley Federal<br>Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3283 | by: /s/ Stephanie Bakay<br>Stephanie Bakay<br>790 Boylston Street #8D<br>Boston, MA 02199<br>617-262-7156 |

Date: October 18, 2005