UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br><br>FOUR JARS OF BELUGA<br>STURGEON CAVIAR,<br>　　　　Defendant.<br><br>STEPHANIE BAKAY,<br>　　　　Claimant. | )<br>)<br>)<br>) Civil Action No. 05-11040-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF APPEARANCE**

　　Pursuant to L.R. 83.5.2, please note the withdrawal of appearance of Jennifer H. Zacks, Assistant United States Attorney, and please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By:/s/ Anton P. Giedt
　　　　　　　　　　　　　　　　　　ANTON P. GIEDT
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 748-3100

Date:  March 14, 2006

**CERTIFICATE OF SERVICE**

    I, Anton P. Giedt, Assistant United States Attorney for the District of Massachusetts, hereby certify that on March 14, 2006, I caused a copy of the foregoing document to be served upon Claimant Stephanie Bakay by hand.

    /s/ ANTON P. GIEDT
    Anton P. Giedt
    Assistant U.S. Attorney