FILED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

MAY    2006

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff    )<br>               )<br>        v.    )<br>               )<br>FOUR JARS OF BELUGA STURGEON  )<br>CAVIAR,            )<br>    Defendants.    )<br>STEPHANIE BAKAY,    )<br>    Claimant.    ) | Civil Action No. 05-11040-RBC |

### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P 56(b), Defendants Four Jars of Beluga Sturgeon Caviar, by Claimant Stephanie Bakay, hereby moves against summary judgment in the above-captioned matter.

Claimant believes that information concerning procedures having to do with legal importation of beluga sturgeon caviar by the common domestic traveler have been unnecessarily occulted away due to poor dissemination of information to the public by the United States Fish and Wildlife Service, as detailed in the enclosed Defendants' Memorandum of Law in Support of Its Opposition to Plaintiff's Motion for Summary Judgment.

WHEREFORE, Claimant respectfully requests that the Court deny summary judgment in favor of the United States.

Respectfully submitted,

Dated: April 7, 2006

FOUR JARS OF BELUGA STURGEON CAVIAR, Defendants
By Claimant,

*Stephanie Bakay*

Stephanie Bakay
790 Boylston Street #8D
Boston, MA  02199
(617) 262-7156

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2006, she caused a true copy of the foregoing Defendants' Opposition to Plaintiff's Motion for Summary Judgment, to be served by U.S. mail, postage prepaid, to:

Anton P. Giedt, Esq.
United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Dated: April 7, 2006

*Stephanie Bakay*
Stephanie Bakay
790 Boylston Street #8D
Boston, MA 02199
(617) 262-7156