```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,         )
          Plaintiff,              )
                                  )
     v.                           )Civil Action No. 05-11040-RBC
                                  )
                                  )
FOUR JARS OF BELUGA               )
STURGEON CAVIAR,                  )
          Defendant.              )
                                  )
STEPHANIE BAKAY,                  )
          Claimant.               )
```

### UNITED STATES' MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the property consisting of four jars of Beluga Sturgeon Caviar seized by the United States Fish and Wildlife Service on November 15, 2004 from Stephanie Bakay, at Logan Airport, Boston, Massachusetts (the "Defendant Property").

In support of this Motion, the government states that on March 27, 2006, it filed a Motion for Summary Judgment against the Claimant in this action.  On December 12, 2006, this Court issued a Memorandum and Order granting the United States' Motion for Summary Judgment and ordering the Defendant Property forfeited, pursuant to 16 U.S.C. § 1540(e)(4)(A).

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Property.  A proposed Order is attached.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: /s/ Anton P. Giedt
    ANTON P. GIEDT
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3309
    anton.giedt@USDOJ.gov

Date: January 5, 2007

## CERTIFICATE OF SERVICE

I, Anton P. Giedt, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and served upon Stephanie Bakay by first class mail, postage prepaid.

                              /s/ Anton P. Giedt
                              Anton P. Giedt
                              Assistant U.S. Attorney

Date: January 5, 2007

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
     v.                          ) Civil Action No. 05-11040-RBC
                                 )
                                 )
FOUR JARS OF BELUGA              )
STURGEON CAVIAR,                 )
          Defendant.             )
                                 )
STEPHANIE BAKAY,                 )
          Claimant.              )
```

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed the United States' Motion for Final Judgment and Order of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED:

1.   That judgment is hereby entered for the forfeiture of the property consisting of four jars of Beluga Sturgeon Caviar seized by the United States Fish and Wildlife Service on November 15, 2004 from Stephanie Bakay, at Logan Airport, Boston, Massachusetts (the "Defendant Property"), pursuant to 16 U.S.C. § 1540(e)(4)(A);

2.   That any claim of interest of any other party claiming any right, title, or interest in or to the Defendant Property is hereby held in default and dismissed;

3.   That the Defendant Property shall be disposed of by the United States Fish and Wildlife Service, in accordance with applicable law; and

4. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
ROBERT B. COLLINGS
United States Magistrate Judge

Date: