# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
    Plaintiff,

V.

                           Civil Action No. 05-11040-RBC

FOUR JARS OF BELUGA
STURGEON CAVIAR,
    Defendant.
_____

STEPHANIE BAKAY,
    Claimant.

## *FINAL JUDGMENT AND ORDER OF FORFEITURE*

COLLINGS, U.S.M.J.

    The case came on before the Court on the United States' Motion for Summary Judgment (#18). In accordance with the Memorandum and Order entered December 12, 2006 allowing said motion,

    IT IS ORDERED, ADJUDGED AND DECREED:

    1.    That judgment shall enter for the forfeiture of the property consisting of four jars of Beluga Sturgeon Caviar seized by the United States

Fish and Wildlife Service on November 15, 2004 from Stephanie Bakay, at Logan Airport, Boston, Massachusetts (the "Defendant Property"), pursuant to 16 U.S.C. §1540(e) (4) (A) ;

  2. That any claim of interest of any other party claiming any right, title, or interest in or to the Defendant Property is hereby held in default and dismissed;

  3. That the Defendant Property shall be disposed of by the United States Fish and Wildlife Service, in accordance with applicable law; and

  4. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

  Costs to the United States.

           SARAH ALLISON THORNTON
           CLERK OF COURT

           By: *Kathleen M. Dolan*
           Kathleen M. Dolan
           Deputy Clerk

Dated at Boston, Massachusetts
this 16th day of January, 2007.